**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

JOSE NESTOR ARMENTERO-GONZALEZ

CASE NO.  1:26-CV-00357 SEC P

VERSUS

JUDGE TERRY A. DOUGHTY

BRIAN ACUNA ET AL

MAGISTRATE JUDGE LEBLANC

**JUDGMENT OF DISMISSAL**

Considering the Motion to Voluntary Dismiss Habeas Petition [Doc. No. 8] filed by Petitioner, Jose Nestor Armentero-Gonzalez ("Petitioner"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, and Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 13th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE